JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Sultan, Inc.,<br><br>　　　　Defendant. | Case No. CV 19-05390-AB (PLA)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 5, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.